```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -  X
                                 :
UNITED STATES OF AMERICA         :    UNSEALING ORDER
                                 :
      - v. -                     :    19 Cr. 648
                                 :
JUAN CARLOS MUÑOZ-LOPEZ,         :
      a/k/a "Coco,"              :
CARLOS ALBERTO CASTAÑO-LOAIZA,   :
JOHN FREDY QUIROZ-MEDINA, and    :
      a/k/a "Santiago,"          :
JAVIER ALEXANDER FORERO-ALVAREZ, :
      a/k/a "Paisa,"             :
                                 :
      Defendants.                :
- - - - - - - - - - - - - - - -  X
```

Upon the application of the United States, by United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Elinor L. Tarlow;

It is found that the arrest warrants and superseding indictments, S1 19 Cr. 648, S2 19 Cr. 648, S3 19 Cr. 648, and S4 19 Cr. 648, in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have those documents unsealed, it is therefore

ORDERED that the arrest warrants and superseding indictments in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       September 1, 2021

                                    _____
                                    HONORABLE DEBRA FREEMAN
                                    UNITED STATES MAGISTRATE JUDGE