# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

March 9, 2022

*Via* ECF

The Honorable Jesse M. Furman
United States District Judge
U.S. District Court for the Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Application GRANTED. The schedule set forth within in hereby ADOPTED. The pretrial conference is adjourned to May 18, 2022, at 3:15 p.m. Time is excluded in the interests of justice from today, March 10, 2022, until May 18, 2022. The Clerk of Court is directed to terminate Doc. #36. SO ORDERED.
>
> *[signature]*
>
> March 10, 202

Re:   *United States v. Muñoz-Lopez, et al.*, 19 Cr. 648 (JMF)

Dear Judge Furman,

Pursuant to the Court's March 7, 2022 order, I write on behalf of all parties to request an adjournment of the March 24, 2022 status conference, and a modification of the motion schedule.

As the Court is aware, I represent Mr. Forero Alvarez who did not arrive in the District until a few months ago in mid-December 2021. My office received a discovery production from the government on or about February 9, 2022, however, I have not been able to review those materials. Three days prior to receiving the discovery, I had to leave the office and state due to a medical emergency of a close family member who subsequently passed away. I have only very recently returned to the office.

Accordingly, I respectfully request, on behalf of all parties, an adjournment of the March 24, 2022 status conference, and the following extension of the pretrial motion schedule: (1) defense motions to be submitted on or before May 13, 2022; (2) the government's response to be submitted on or before June 13, 2022; and (3) any defense replies to be submitted on or before May 20, 2022. I have conferred with all parties who are amenable to this schedule.

In addition, the defense consents to an exclusion of time under the Speedy Trial Act until the date of the next conference.

2

Respectfully submitted,

/s/

César de Castro


cc: All Parties (*via* ECF)