UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
                -v-                                                              :        19-CR-648-1 (JMF)
:
JUAN CARLOS MUNOZ-LOPEZ,                                  :        SCHEDULING ORDER
:
                                Defendant.                                 :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **September 29, 2023**, is ADJOURNED to **January 4, 2024,** at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007.

SO ORDERED.

Dated: September 21, 2023
         New York, New York

_____
JESSE M. FURMAN
United States District Judge